UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

STEVE WOODEN, :
    Petitioner, :
           v. :   No. 23-cv-1366
SUPERINTENDENT JOSEPH TERRA, :
    Respondent. :

# O R D E R

**AND NOW**, this 23rd day of September, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Petitioner's objections to the Report and Recommendation, *see* ECF No. 13, are **OVERRULED.**

2. The Report and Recommendation, *see* ECF No. 12, is **ADOPTED, in part.**

3. The petition for a writ of habeas corpus, *see* ECF No. 2, is **DENIED and DISMISSED.**[1]

4. This case is **CLOSED.**

5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The operative Petition is filed at ECF No. 2. Petitioner's initial Petitioner, *see* ECF No. 1, was uploaded with errors caused by technological difficulties.