UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE WOODEN, <br>                 Petitioner, <br><br> v. <br><br> SUPERINTENDENT JOSEPH TERRA, PHILADELPHIA COUNTY DISTRICT ATTORNEY'S OFFICE, <br>                 Respondents. | Case No. 2:23-cv-1366 |

**O R D E R**

**AND NOW**, this 3rd day of December, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

Petitioner's Motion for Relief from Judgment pursuant to Rule 60(b), ECF No. 23, is **DENIED and DISMISSED**.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] To the extent the motion could be construed as a successive petition under 28 U.S.C. § 2244, a certificate of appealability is denied because Wooden has not made a substantial showing of the denial of a constitutional right, nor would jurists of reason find the Court's assessment debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).